

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H., A CHILD**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

By order dated June 10, 2016, appellant's attorney was ordered to file a written explanation regarding a document efiled in this court's electronic portal on May 26, 2016. On June 14, 2016, appellant's attorney filed a document entitled "Supporting Brief" which this court construes to be a response to the June 10, 2016 order and a supplemental appellant's brief.

Based on the response, the clerk of the court is directed to file the document efiled by the appellant's attorney on May 26, 2016, as the appellant's brief in this appeal. The clerk of the court is further directed to file the document entitled "Supporting Brief" as a supplemental appellant's brief.

Although appellant's attorney again references an Order on a Bill of Review entered in trial court cause number 15-09-00217-CVK, this appeal only pertains to trial court cause number 15-06-00125-CVK. In addition, because appellant failed to request the reporter's record in response to two prior orders, this court will only consider those issues raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is ORDERED that appellee's brief must be filed no later than thirty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court